FILED

FOR PUBLICATION
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

JUL 25 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| **RICHARD STENGEL; MARY LOU STENGEL**, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> **MEDTRONIC INCORPORATED, a foreign corporation**, <br><br> Defendant - Appellee. | No. 10-17755 <br><br> D.C. No. 4:10-cv-00318-RCC <br><br> **ORDER** |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that

this case be reheard en banc pursuant to Fed. R. App. P. 35(a) and Circuit Rule

35-3.  The three-judge panel opinion shall not be cited as precedent by or to any

court of the Ninth Circuit.

Judges Wardlaw, Murguia and Hurwitz did not participate in the

deliberations or vote as to whether the case should be taken en banc.